IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

FREDERIC GEORGE SCHAUB,

    Debtor.

Case No. 6:15-bk-01284-KSJ

_____/

C&G REAL ESTATE GROUP, INC., a Florida corporation,

    Plaintiff,

v.

HANOVER HOMES OF WINTER PARK, LLC, a Florida limited liability company, ARLINGTON HOMES, LLC, a Florida limited liability company, ARLINGTON HOMES OF WINTER PARK, LLC, a Florida limited liability company, and FRED SCHAUB, an individual,

    Defendants.

Adv. Proc. No. 6:15-ap-00044-KSJ

_____/

### NOTICE OF FILING STATE COURT ACTION DOCUMENTS

Plaintiff, C&G REAL ESTATE GROUP, INC. ("Plaintiff"), by and through its undersigned counsel, hereby gives notice of filing the attached documents filed in the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, in the case captioned <u>C&G Real Estate Group, Inc. v. Hanover Homes of Winter Park LLC, a Florida limited liability company, et al.</u>, under Case No. 2014-CA-9038:

| DATE FILED | DOCUMENT TITLE |
|---|---|
| 08/25/2014 | Civil Cover Sheet |
| 08/25/2014 | Complaint |
| 08/25/2014 | Summons - Arlington Homes of Winter Park |
| 08/25/2014 | Summons - Arlington Homes |
| 08/25/2014 | Summons - Fred Schaub |
| 08/25/2014 | Summons - Hanover Homes of Winter Park |

| | |
|---|---|
| 09/11/2014 | Amended Complaint |
| 09/17/2014 | Defendants' Motion to Dismiss |
| 09/23/2014 | Order Designating Case a 'Complex Case' Directions to the Clerk of Court |
| 09/23/2014 | Order of Reassignment to Complex Business Litigation Court |
| 09/23/2014 | Order Setting Case Management Conference |
| 10/23/2014 | Plaintiff's Response in Opposition to the Defendants' Motion to Dismiss and Memorandum of Law in Support Thereof |
| 11/24/2014 | Plaintiff's Notice That Defendants' Motion to Dismiss Has Been Fully Briefed and is Ready for Ruling |
| 12/02/2014 | Defendants' Amended Motion to Dismiss Amended Complaint and Memorandum of Law in Support |
| 12/04/2014 | Request for Oral Argument on Defendants' Amended Motion to Dismiss Amended Complaint and Memorandum of Law in Support |
| 12/04/2014 | Correspondence to Judge Munyon |
| 12/29/2014 | Plaintiff's Response in Opposition to Defendants' Amended Motion to Dismiss Amended Complaint and Incorporated Memorandum of Law |
| 01/13/2015 | Defendants' Reply to Plaintiff's Response to the Amended Motion to Dismiss Amended Complaint and Incorporated Memorandum of Law in Support |
| 01/20/2015 | Plaintiff's Notice the Defendants' Amended Motion to Dismiss Has Been Fully Briefed and is Ready for Ruling |
| 02/16/2015 | Notice of Bankruptcy |
| 02/18/2015 | Plaintiff's Notice of Production From Non-Party |
| 02/18/2015 | Plaintiff's First Request for Production to Defendant, Arlington Homes of Winter Park, LLC |
| 02/18/2015 | Plaintiff's First Request for Production to Defendant, Fred Schaub |
| 02/18/2015 | Plaintiff's First Request for Production to Defendant, Arlington Homes, LLC |
| 02/18/2015 | Plaintiff's First Request for Production to Defendant, Hanover Homes of Winter Park, LLC |
| 02/26/2015 | Order Denying Defendants' Request for Oral Argument and Denying Defendants' Amended Motion to Dismiss Amended Complaint and Memorandum of Law in Support |
| 02/26/2015 | Amended Order Denying Defendants' Request for Oral Argument and Denying Defendants' Amended Motion to Dismiss Amended Complaint and Memorandum of Law in Support |
| 02/26/2015 | Objection to Plaintiff's Notice of Production From Non-Party Dated February 18, 2015 |
| 03/05/2015 | Unopposed Motion for Leave to Withdraw as Counsel of Record |

| 03/05/2015 | Notice of Hearing for 3-17-15 |
|---|---|
| 03/06/2015 | Answer and Affirmative Defenses of Defendant, Hanover Homes of Winter Park, LLC |
| 03/11/2015 | Plaintiff's Unopposed Motion for Entry of Order Staying Lawsuit and Cancelling Case Management Conference |
| 03/11/2015 | Notice of Hearing for 3-17-15 |
| 03/17/2015 | Order Granting Plaintiff's Unopposed Motion for Entry of Order Staying Lawsuit and Cancelling Case Management Conference |
| 03/17/2015 | Order Granting Unopposed Motion for Leave to Withdraw as Counsel of Record |
| | Complaint – Civil Cover Sheet – Summonses – Amended Complaint |

Dated: May 1, 2015.

JACK C. McELROY, ESQ.
Florida Bar No.: 0818150
jmcelroy@shutts.com
JEFFREY S. ELKINS, ESQ.
Florida Bar No. 0043775
jelkins@shutts.com
ANDREW M. BRUMBY, ESQ.
Florida Bar No. 0650080
abrumby@shutts.com
JAMES A. TIMKO, ESQ.
Florida Bar No. 088858
jtimko@shutts.com
SHUTTS & BOWEN LLP
300 S. Orange Avenue, Suite 1000
Orlando, Florida 32801-5403
Phone: (407) 423-3200
Facsimile: (407) 425-8316
*Attorneys for C&G Real Estate Group, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have filed a copy of the foregoing document with this Court's CM/ECF System to be served in accordance therewith and that a copy of the foregoing document was served this 1st day of May, 2015, on the following parties by either court enabled electronic filing or by depositing a copy of same in the United States Mail, postage pre-paid thereon, to be delivered to the addresses set forth below:

**Frederic George Schaub**
472 Henkel Circle
Winter Park, Florida 32789
*Debtor*

**Timothy S. Laffredi**
United States Trustee - ORL
Office of the United States Trustee
George C. Young Federal Building
400 West Washington Street, Suite 1100
Orlando, Florida 32801

**Peter N. Hill**
Wolff Hill McFarlin & Herron PA
1851 West Colonial Drive
Orlando, Florida 32804
*Attorney for Debtor*

/s/ *James A. Timko*
JAMES A. TIMKO, ESQ.

ORLDOCS 13998008 1